# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| 700 Federal Building<br>316 North Robert Street<br>St. Paul, MN 55101 | 202 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | 417 Federal Building<br>515 West. First Street<br>Duluth, MN 55802 | 212 U.S. Courthouse<br>118 South Mill Street<br>Fergus Falls, MN 56537 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 | (218) 739-5758 |


September 2, 2005

**RE: Case Name:** USA vs Marino Gomez-Hernandez
**Case Number:** 0:02-CR-00378(3) ADM/AJB

**NOTICE OF MONETARY IMPOSITION PAID IN FULL**

| DEBT | AMOUNT PAID | DATE |
|---|---|---|
| Special Assessment | $ 100.00 | 8/31/05 |

Sincerely,

s/Sheri Carlson
Financial Technician

FILED 9/2/05
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 5-20-03
Deputy Clerk's Initials SC