IN THE UNITED STATES DISTRICT COURT

RECEIVED BY MAIL

Minnesota DISTRICT

2008 JUN 16 AM 9:53

CASE No. (docket) 02-378(3)(ADM/AJB)

U.S. DIST COURT MINNEAPOLIS, MN

United States Of America, *
Plaintiff, *
V. *
MARINO GOMEZ-HERNANDEZ, *
Petitioner, *
*

MOTION FOR TRANSCRIPTS AND ANY INVESTIGATIVE REPORTS.

Now Comes Marino Gomez-Hernandez, herein after (petititioner Pro-se), Moves this Court to grant the following:

1. ~~Docket Menu for all the filings and hearings in this case;~~
2. [] Trial Transcripts;
3. [X] Motion hearing transcripts;
4. [X] Plea Agreement Transcripts;
5. [X] Sentencing Transcript Hearing;
6. [] All Brady and Jenks' material(Police reports, Medical Reports);
7. [] All Discovery turned over to trial defense attorney by the Government;
8. [] Any defense private Investigative reports;
9. [] Grand Jury Transcripts and Indictment Returned.

The above requested transcripts and records are required to to assist Petitioner Marino Gomez-Hernandez, in drafting a Pro SE Motion or any other legal determinations and sentence calculations that may be in dispute with the Bureau of prisons.

SCANNED
JUN 16 2008
U.S. DISTRICT COURT ST. PAUL