MEMRANDUM OF AUTHORITIES IN SUPPORT OF MOTION.

Petitioner Marino Gomez-Hernandez, points to Griffin V. Illinois, 351 U.S. 12, 100 L.Ed 891, 76 S. CT. 585, reh Den 351 U.S. 958, (1953) The U. S. Supreme Court held the due process and equal protection clause of the Federal Constitution's Fourteenth Amendment were violated by a states denial of an appeal of a crimminal conviction solely on account of the defendant's inabilty to pay for a transcript.

Petitioner Marino Gomez-Hernandez, has very limited funds, ~~as the Forma Pauperis depicts~~. Petitioner Marino Gomez-Hernandez, requests that the court grant the motion under Smith V. Bennet, 365 U.S. 708, 713, 81 S.CT. 898, 6 L.Ed2d 39, (1961) the U.S. Supreme Court Stated, In failing to extend the privledge of the great writ to its indigent prisoners, Iowa denies them equal protection of the law.

Petitioner Marino Gomez-Hernandez, is unable to determine whether there were constitutional violations nor can petitioner Marino Gomez-Hernandez, effectuate a colorable issue without first looking through the transcripts and records being sought in this motion. see: Drapper V. Washington, 372 U.S. 487, 9 L.Ed 2d 899, 83 S.CT. 774 (1963) The Court stated, The Washington Supreme Court could not deny petitioners' request for review of the transcript motion without first granting them a record of sufficient completeness to permit proper consideration of their claims.



SCANNED
JUN 16 2008
U.S. DISTRICT COURT ST. PAUL

Petitioner Marino Gomez-Hernandez, points to Haines V. Kerner, 92 S.CT. 594, 404 U.S. 596,(1972) The Court said, The Pro Se complaint which we hold to less stringent standards than formal pleadings drafted by Lawyers.

Respectfully Submitted,

DATE: 5-12-2008

MARINO GOMEZ

cc: FILE