# CERTIFICATE OF SERVICE

I, Marino Gomez-Hernandez, hereby certify under penalty of perjury that a true and correct copy of the Motion for transcripts has been delivered to the below listed parties, by placing the motion in a postage paid envelope and mailing said envelope via United states mail this 12 day of JUNE 2008, to:

Francis E. Dosal
202 US courthouse
300 south Fourth street
MPLS,MN
55415

MARINO GOMEZ

DATE- 5-12-2008

SCANNED
JUN 16 2008
U.S. DISTRICT COURT ST. PAUL